UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JESSE ADELAAR,

                                Plaintiff,

-against-

SPROUT FOODS, INC.,

                                Defendant.
-------------------------------------------------------------x

Case No.: 12 CIV 3054

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that defendant, Sprout Foods, Inc., has retained WESTERMANN SHEEHY KEENAN SAMAAN & AYDELOTT, LLP as counsel in this action, and hereby requests that all papers in this action be served upon its counsel's office at the address stated below.

Dated:    May 4, 2012
             Uniondale, New York

                                      WESTERMANN SHEEHY KEENAN
                                      SAMAAN & AYDELOTT, LLP

                                  By: _____
                                         Peter S. Samaan

Peter Samaan, Esq.

WESTERMANN SHEEHY KEENAN
SAMAAN & AYDELOTT, LLP
The Omni Bldg., Suite 702
333 Earle Ovington Blvd.
Uniondale, New York 11553
(516) 794-7500

Counsel for defendant,
Sprout Foods, Inc.

To:   BERGER & WEBB, LLP
      7 Times Square, 27th Floor
      New York, NY 10036

      Counsel for plaintiff,
      Jesse Adelaar