## WESTERMANN SHEEHY KEENAN SAMAAN & AYDELOTT, LLP

THE OMNI BUILDING
333 EARLE OVINGTON BOULEVARD
SUITE 702
UNIONDALE, NEW YORK 11553

TELEPHONE (516) 794-7500
TELECOPIER (516) 794-1277

DAVID WESTERMANN, JR.
CHRISTOPHER J. SHEEHY
CHRISTOPHER P. KEENAN*
PETER S. SAMAAN
MICHAEL F. KUZOW***
ROBERT J. FRYMAN
MARY PAT BURKE**
STEPHEN J. GILLESPIE**
KENNETH J. BURFORD
TIMOTHY M. SMITH*

ROBERT M. CONTI
CAROLYN K. FIORELLO**
SETH D. ROSMARIN
GLEN B. LENIHAN
ZACHERY S. LAMPELL

OF COUNSEL
JOHN F. HAMILTON
JUDITH A. AYDELOTT
GORDON B. AYDELOTT
LEONARD M. RIDINI, JR.
MARIA IUANOW

* ALSO ADMITTED IN CT
** ALSO ADMITTED IN NJ
*** ALSO ADMITTED IN OK AND TX

WHITE PLAINS OFFICE
222 BLOOMINGDALE ROAD
SUITE 305
WHITE PLAINS, N.Y. 10605
TELEPHONE (914) 946-7770
TELECOPIER (914) 946-4587

NEW JERSEY OFFICE
THE COMMONS - SUITE 6
82 EAST ALLENDALE ROAD
SADDLE RIVER, N.J. 07458
TELEPHONE (201) 995-0890
TELECOPIER (201) 934-8681

CONNECTICUT OFFICE
745 POST ROAD
DARIEN, CT 06820
TELEPHONE (203) 661-8977

May 4, 2012

**VIA EMAIL: SullivanNYSDChambers@nysd.uscourts.gov**

United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007
(212) 805-0264
Courtroom 21C

**MEMO ENDORSED**

Re: <u>Jesse Adelaar v. Sprout Foods, Inc.</u>; Case No.: 12 CIV 3054

Dear Hon. Judge Sullivan:

    We represent the defendants in the above captioned claim. Please accept this letter as Defendant's request for a thirty (30) day extension of its time to file an Answer to Plaintiff's Complaint and Jury Demand. The extension is necessary because this action was filed on April 18, 2012, and counsel has only recently been retained.

    Please be advised that there have been no prior requests for adjournments or extensions. Moreover, our office spoke with Plaintiff's counsel, Mr. Rogin, who courteously consented to the extension.

    For convenience, we have attached a Notice of Appearance which will also be filed. Please do not hesitate to contact our office should Chambers require additional information.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-4-12
```

WESTERMANN SHEEHY KEENAN SAMAAN & AYDELOTT, LLP

United States District Court
Southern District of New York
May 4, 2012
Page 2

    Thank you in advance.

                              Respectfully yours,

                              Peter S. Samaan

PSS:ri
Enclosure

cc:   Jonathan Rogin
      BERGER & WEBB, LLP
      7 Times Square, 27th Floor
      New York, NY 10036
      Via Email: jrogin@bergerwebb.com

      Counsel for plaintiff,
      Jesse Adelaar

SO ORDERED
Dated: 5/4/12
RICHARD J. SULLIVAN
U.S.D.J.