

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JESSE ADELAAR,

        Plaintiff,                          Case No. 12 CIV 3054

      -against-                      AFFIDAVIT OF SERVICE

SPROUT FOODS, INC.,

        Defendant.
---------------------------------------------------------X

STATE OF GEORGIA )
                      S.S.:
COUNTY OF FULTON )

        BRUCE R. SMITH, JR., being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 23rd day of April, 2012, at approximately the time of 2:13pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND AND INDIVIDUAL PRACTICES OF RICHARD J. SULLIVAN, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS and ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon SPROUT FOODS, INC., c/o Ronald C. Davis at 2764 Meadow Church Road, Suite 110, Deluth, GA by personally delivering and leaving the same with RONALD C. DAVIS who informed deponent that he holds the position of Registered Agent with that company and is authorized by appointment to receive service at that address.

        Ronald C. Davis is a white male, in his 50's, stands approximately 6 feet 2 inches tall, weighs approximately 180 pounds with blonde hair.

BRUCE R. SMITH, JR.,

Sworn to before me this
30 day of April, 2012

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com