UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JESSE ADELAAR,

Case No.: 12 CIV 3054 - RJS

Plaintiff,

-against-

RULE 7.1 STATEMENT

SPROUT FOODS, INC.,

Defendant.
-----------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, Sprout Foods, Inc., by counsel, submits this Rule 7.1 Disclosure Statement to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, certifying that there is no parent corporation or publicly held corporation that holds more than 10% of its stock and that it is the only company in the corporate family.

Dated: June 1, 2012
Uniondale, New York

SPROUT FOODS, INC.

By: ______/s/__________________________
Peter S. Samaan (PS- 4205)

Peter S. Samaan, Esq.
Avninder S. Aujla, Esq.

WESTERMANN SHEEHY KEENAN
SAMAAN & AYDELOTT, LLP
The Omni Bldg., Suite 702
333 Earle Ovington Blvd.
Uniondale, New York 11553
(516) 794-7500
Counsel for defendant,
Sprout Foods, Inc.

To: BERGER & WEBB, LLP
7 Times Square, 27th Floor
New York, NY 10036

Counsel for plaintiff,
Jesse Adelaar