UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-12
```

JESSE ADELAAR,

        Plaintiff,

-v-

SPROUT FOODS, INC.,

        Defendant.

No. 12 Civ. 3054 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On July 3, 2012, the Court received in chambers the parties' proposed case management plan and scheduling order, indicating that the parties consent to disposition of this case by a magistrate judge, pursuant to 28 U.S.C. § 636(c). Accordingly, IT IS HEREBY ORDERED that the initial status conference scheduled for July 13, 2012 is adjourned. IT IS FURTHER ORDERED that, assuming the parties wish to proceed before a magistrate judge, the parties shall complete the "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" form, located at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge, and shall submit the completed form to the Court no later than July 10, 2012 at 4:00 p.m.

SO ORDERED.

Dated:  July 3, 2012
     New York, New York

                    _____
                    RICHARD J. SULLIVAN
                    UNITED STATES DISTRICT JUDGE