# BERGER & WEBB, LLP
### ATTORNEYS AT LAW
### 7 TIMES SQUARE
### NEW YORK, NEW YORK 10036
### (212) 319-1900

CHARLES S. WEBB III
STEVEN A. BERGER
THOMAS E. HONE
KENNETH J. APPLEBAUM
JONATHAN ROGIN
JUDITH Z. KATZ
ADAM H. BRODSKY

SUTTON KEANY
OF COUNSEL

TELECOPIER
(212) 319-2017
(212) 319-2018

WWW.BERGERWEBB.COM

August 16, 2012

**MEMO ENDORSED**

**By Fax**

Honorable Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/12

*Adjourned to 9/12 at 3 pm.*
*[signed] U.S.M.J. 8/16/12*

**Re:   Jesse Adelaar v. Sprout Foods, Inc.**
**      Case No. 12 Civ. 3054 (FM)**

Dear Judge Maas,

    We represent plaintiff in the referenced action, and we are writing to request an adjournment of the telephone conference currently scheduled for August 27, 2012, to September 12, 2012 at 3:00 p.m. The reason for this request is that both lawyers at our firm who are working on this matter have a prior engagement on August 27th.

    Ms. Chambers confirmed that the Court is available for a telephone conference on September 12th at 3:00 p.m., and defendant's counsel has confirmed his availability on that date and time. No previous request for an adjournment of this conference has been made.

Respectfully submitted,

Jonathan Rogin

cc: Peter Samaan, Esq. (by e-mail)

81414.1