UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
JESSE ADELAAR,

                          Plaintiff,

-against-

SPROUT FOODS, INC.,

                          Defendant.
----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2012

Case No.: 12 CIV 3054 (fm)

~~PROPOSED~~ REVISED SCHEDULING ORDER

**ORIGINAL**

The parties, by and through their counsel, submit this Proposed Revised Scheduling Order, and hereby propose, on consent, the following revisions to the Scheduling Order dated September 13, 2012 (the Scheduling Order):

1. <u>Proposed Revised Schedule for the Production of Documents</u>

    a. The parties shall serve supplemental discovery requests (if any) by November 14, 2012. The deadline in the Scheduling Order is October 30, 2012.

    b. The parties shall respond to supplemental discovery requests by December 4, 2012. The deadline in the Scheduling Order is November 20, 2012.

2. <u>Schedule for Defendant's Motion for Summary Judgment</u>

    a. Defendant's Memorandum due: November 16, 2012. The due date in the Scheduling Order is November 2, 2012.

    b. Plaintiff's Response due: December 10, 2012. The due date in the Scheduling Order is November 26, 2012.

      c. Defendant's Reply due: December 21, 2012. The due date in the Scheduling Order is December 7, 2012.

Dated: November 9, 2012
        New York, New York

SO ORDERED:

By: _____
Hon. Frank Maas    11/9/12
UNITED STATES MAGISTRATE JUDGE