UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JESSE ADELAAR,                                    12 CIV 3054 (FM)

                        Plaintiff,

  -against-                                       **NOTICE OF MOTION**

SPROUT FOODS, INC.,

                        Defendant.
-------------------------------------------------------------x

      Please take notice that upon the annexed declaration of Peter S. Samaan, dated November 16, 2012, the declaration of Andrew S. Samaan, sworn to on November 16, 2012, and the declaration of David B. "Scott" Schiff, sworn to on November 15, 2012, and all exhibits thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court on December 21, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Summary Judgment in favor of Defendant, Sprout Foods, Inc., and against Plaintiff, Jesse Adelaar, together with such other and further relief as to the Court may seem just and proper.

Dated:    November 16, 2012
            Uniondale, New York

                                              SPROUT FOODS, INC.

                                        By: _____
                                                Peter S. Samaan

Peter S. Samaan, Esq.
Linc C. Leder, Esq.
WESTERMANN SHEEHY KEENAN
SAMAAN & AYDELOTT, LLP
The Omni Bldg., Suite 702
333 Earle Ovington Blvd.
Uniondale, New York 11553
(516) 794-7500

Counsel for defendant,
Sprout Foods, Inc.