**MEMO ENDORSED**

**BERGER & WEBB, LLP**
ATTORNEYS AT LAW
7 TIMES SQUARE
NEW YORK, NEW YORK 10036
(212) 319-1900

CHARLES S. WEBB III
STEVEN A. BERGER
THOMAS E. HONE
KENNETH J. APPLEBAUM
JONATHAN ROGIN
JUDITH Z. KATZ
ADAM H. BRODSKY

SUTTON KEANY
OF COUNSEL

TELECOPIER
(212) 319-2017
(212) 319-2018

WWW.BERGERWEBB.COM

November 28, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2012

**By Fax**

Honorable Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Adjourned to
1/18/13 at 10:30 Au.
FMaas, USMJ,
11/30/12*

> Re:   **Jesse Adelaar v. Sprout Foods, Inc.**
>        **Case No. 12 Civ. 3054 (FM)**

Dear Judge Maas:

We represent plaintiff in the referenced action, and we are writing on behalf of both parties to request an adjournment of the settlement conference currently scheduled for December 18, 2012, to January 18, 2013 at 11:00 a.m., a date and time that I was informed by your Honor's law clerk, Skyler Silvertrust, is available. The reason for this request is that there is certain discovery that the parties believe should be completed prior to the settlement conference to maximize its potential productivity, but which will not be completed by December 18th.

No previous request for an adjournment of this conference has been made.

Respectfully submitted,

Jonathan Rogin

cc: Peter Samaan, Esq. (by e-mail)

81941.1