UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

JESSE ADELAAR,                                            :

                Plaintiff,                 :

       -against-                                       :

SPROUT FOODS, INC.,                                       :

                Defendant.                 :

----------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 1/18/2013

**ORDER**

12 Civ. 3054 (FM)

**FRANK MAAS,** United States Magistrate Judge.

      Pursuant to the settlement conference held on January 18, 2013, it is hereby

ORDERED that:

1. The deadline for discovery to be completed shall be extended to April 12, 2013.

2. A telephone status conference shall be held on April 15, 2013, at 10 a.m. Mr. Rogin should initiate the conference call.

SO ORDERED.

Dated:    New York, New York
            January 18, 2013

                                                  _____
                                                    FRANK MAAS
                                        United States Magistrate Judge

Copies to:

All Counsel (via ECF)