UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

JESSE ADELAAR,                              :

                    Plaintiff,         :

     -against-                              :

SPROUT FOODS, INC.,                     :

                  Defendant.      :

------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2013
```

**ORDER**

12 Civ. 3054 (FM)

**FRANK MAAS,** United States Magistrate Judge.

      For the reasons stated at the January 18, 2013, settlement conference, the defendant's Motion for Summary Judgment (ECF No. 14) is DENIED without prejudice. The Clerk of the Court is respectfully requested to terminate the motion.

      SO ORDERED.

Dated:    New York, New York
             January 29, 2013

                                            _____
                                            FRANK MAAS
                              United States Magistrate Judge

Copies to:

All Counsel (via ECF)