**MEMO ENDORSED**

# WESTERMANN SHEEHY KEENAN SAMAAN & AYDELOTT, LLP

THE OMNI BUILDING
333 EARLE OVINGTON BOULEVARD
SUITE 702
UNIONDALE, NEW YORK 11553

TELEPHONE (516) 794-7500
TELECOPIER (516) 794-1277

DAVID WESTERMANN, JR.
CHRISTOPHER J. SHEEHY
CHRISTOPHER P. KEENAN*
PETER S. SAMAAN
MICHAEL F. KUZOW***
ROBERT J. FRYMAN
MARY PAT BURKE**
STEPHEN J. GILLESPIE*
KENNETH J. BURFORD
TIMOTHY M. SMITH*

ROBERT M. CONTI
SETH D. ROSMARIN
AVNINDER S. AUJLA
LINC C. LEDER
JENNIFER J. BENNICE

OF COUNSEL
JOHN F. HAMILTON
JUDITH A. AYDELOTT
GORDON B. AYDELOTT
LEONARD M. RIDINI, JR.

* Also Admitted in CT
** Also Admitted in NJ
*** Also Admitted in OK and TX

WHITE PLAINS OFFICE
222 BLOOMINGDALE ROAD
SUITE 305
WHITE PLAINS, N.Y. 10605
TELEPHONE (914) 946-7770
TELECOPIER (914) 946-4587

NEW JERSEY OFFICE
THE COMMONS - SUITE 6
82 EAST ALLENDALE ROAD
SADDLE RIVER, N.J. 07458
TELEPHONE (201) 995-0890
TELECOPIER (201) 934-8681

CONNECTICUT OFFICE
745 POST ROAD
DARIEN, CT 06820
TELEPHONE (203) 661-8977

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2013

May 13, 2013

BY TELECOPIER (212) 805-6724
Magistrate Judge Frank Maas
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Jesse Adelaar v. Sprout Foods, Inc.; Index No.: 12 CIV 3054

Dear Hon. Judge Maas:

As you are aware, this firm is counsel to Sprout Foods in the captioned matter. As you are also aware, pursuant to this Court's Order dated April 15, 2013, the plaintiff's deposition was to be completed by this date and Sprout is to advise the Court if it wishes to resubmit its previously withdrawn motion for summary judgment by May 16, 2013.

The deposition of the plaintiff has been completed and Sprout wishes to resubmit its motion for summary judgment. However, Sprout would like to supplement the record given plaintiff's testimony on Friday, May 10, 2013 and is currently awaiting a copy of plaintiff's transcript. Thus, we ask the Court to provide a briefing schedule for the resubmission of the motion papers.

Thank you in advance for you assistance in this matter.

Respectfully submitted.

Peter S. Samaan

PSS/db

---

*Handwritten endorsement:* Any renewed motion shall be filed by June 7, 2013, and any opposition papers shall be filed by June 19, 2013. Unless the Court otherwise directs: (1) reply papers will not be entertained; (2) unless the Court grants summary judgment in full, trial shall proceed as previously scheduled.

F. Maas, USMJ, 5/15/13

WESTERMANN SHEEHY KEENAN SAMAAN & AYDELOTT, LLP

Magistrate Judge Frank Maas
May 16, 2013
Page 2

cc:  Jonathan Rogin
     BERGER & WEBB, LLP
     7 Times Square, 27th Floor
     New York, NY 10036
     Via Fax: (212) 319-1900

     Counsel for plaintiff,
     Jesse Adelaar