UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x

JESSE ADELAAR,                             :

                Plaintiff,           :

     -against-                         :

SPROUT FOODS, INC.,                        :

                Defendant.           :

----------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2013
```

**ORDER**

12 Civ. 3054 (FM)

**FRANK MAAS,** United States Magistrate Judge.

      This Order amends my prior Order dated April 16, 2013. (ECF No. 28). In that Order I directed the parties to submit, by June 14, 2013, a list of exhibits to be offered at trial, witnesses each party intends to call, requests to charge, and proposed voir dire questions. Because the parties subsequently agreed to a bench trial, the requests to charge and voir dire questions are no longer required. The parties must, however, submit a statement of the elements of each claim or defense involving such party, together with a summary of the facts relied upon to establish each element. In addition, I will require each side to submit a <u>brief</u> pretrial memorandum by June 21, 2013.

      SO ORDERED.

Dated:     New York, New York
              June 12, 2013

                                        _____
                                        FRANK MAAS
                                  United States Magistrate Judge

Copies to:

All Counsel (via ECF)