UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSE ADELAAR,<br><br>                             Plaintiff,<br><br>    -against-<br><br>SPROUT FOODS, INC.,<br><br>                            Defendant. | Case No.: 12-cv-3054(FM)<br><br>**DECLARATION OF JONATHAN ROGIN IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, JONATHAN ROGIN, declare under penalty of perjury pursuant to 28 U.S.C. §1746 and Local Civil Rule 1.9 that:

1. I am a partner in Berger & Webb, LLP, attorneys for Plaintiff in this action, and I make this declaration in opposition to the motion by defendant Sprout Foods, Inc. for summary judgment dismissing the complaint in this action. I am fully familiar with the facts and circumstances recited herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint herein.

3. Attached hereto as Exhibit B is a true and correct copy of the transcript from Plaintiff's deposition held on May 10, 2013.

4. Attached hereto as Exhibit C is a true and correct copy of the transcript from the deposition of Max MacKenzie held on January 8, 2013.

5. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2013

                                                                       Jonathan Rogin

81989.1