USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/19/13_

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

JESSE ADELAAR,

                         Plaintiff,

                -against-

SPROUT FOODS, INC.,

                         Defendant.

-------------------------------------------------------X

**12 CIVIL 3054 (FM)**

## JUDGMENT

Whereas the above-captioned action having commenced on June 25, 2013, before the Court, for a one-day trial, and the matter having come before the Honorable Frank Maas, United States Magistrate Judge, and the Court, on November 14, 2013, having rendered its Memorandum Decision and Order directing the Clerk of Court to enter judgment for Sprout Foods, Inc. ("Sprout") and to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated November 14, 2013, judgment is entered for Sprout; accordingly, the case is closed.

**Dated:** New York, New York
        November 19, 2013

                              **RUBY J. KRAJICK**

                              **Clerk of Court**

**BY:**

                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____